NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-468

STATE OF LOUISIANA, ET AL.
VERSUS
LEMULE NESBIT

**********
APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2003-4924-B
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and James T. Genovese, Judges.

MOTION TO REINSTATE APPEAL DENIED.

Melissa W. Moreau
Andrea Aymond
Post Office 608
Marksville, LA 71351
(318) 253-4551
COUNSEL FOR PLAINTIFFS/APPELLANTS:
    State of Louisiana, Department of Social Services,
    Office of Family Support, Support Enforcement Services

Lemule Richard Nesbit, in proper person
686 Boggy Bayou Road
Marksville, LA 71341